UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES FOR THE MICHIGAN
CARPENTERS COUNCIL PENSION
FUND, et al.,

      Plaintiffs,

v.

      Case No. 4:06-cv-9

      HON. RICHARD ALAN ENSLEN

K & S FACILITIES MANAGEMENT
CONSULTANTS, INC.,

      Defendant.

                            /

## ORDER TO SHOW CAUSE

      The court records reveal that Plaintiff served a summons and complaint on Defendant K & S Facilities Management Consultants, Inc., on January 30, 2006 and this Defendant has failed to file a response within the time allowed in the court rules. The court records further indicate that Plaintiff has failed to enter a default against this Defendant. Therefore,

      **IT IS HEREBY ORDERED** that Plaintiff shall either file a default within fourteen (14) days of the date of this order or show cause in writing why the Court should not dismiss the case against K & S Facilities Management Consultants, Inc., for lack of prosecution pursuant to W.D. Mich.LCivR 41.1.

Dated in Kalamazoo, MI:                    /s/Richard Alan Enslen
March 10, 2006                             Richard Alan Enslen
                                          Senior United States District Judge